# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

**FILED**
04/06/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

MONTELL J Jones

v.

(Full name of defendant(s))

Centurion Health of Indiana LLC
INDIANA DEPARTMENT OF CORRECTION
Bruce Lemmon - Commissioner of IDOC
Superintedent of Reception Diagnostic Center, Reception Diagnostic Center,
Nurse Sandra M.

Case Number:

2:23-cv-00180-JRS-MKK

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **INDIANA** (State), and is located at

1946 W U.S 40, Greencastle, IN 46135
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Centurion Health of Indiana LLC
(Name)

Jones vs Centurion

Defendants

- ~~Cent~~ Indiana Department of Correction
  302 W Washington St, Indianapolis, IN 46204

- Bruce Lemmon - Commissoner of IDOC
  302 W Washington St, Indianapolis, IN 46204

- Reception Diagnostic Center
  737 Moon Rd, Plainfield, IN 46168

- Superintedent of Reception Diagnostic Center
  737 Moon Rd, Plainfield, IN 46168

- Nurse Sandra H.
  RDC, 737 Moon Rd, Plainfield, IN 46168

is (if a person or private corporation) a citizen of _____
                                                                          (State, if known)

and (if a person) resides at _____
                                                                          (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for INDIANA Department of correction, 302 W Washington St
                                                    (Employer's name and address, if known) Indianapolis, IN 46204

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

   On the space provided on the following pages, tell:
   1.   Who violated your rights;
   2.   What each defendant did;
   3.   When they did it;
   4.   Where it happened; and
   5.   Why they did it, if you know.

August 10 2022, While I was RDC, I was told I had an UTI and I would be Prescribe some type of antibotic, and I will Start in couple days. So August 11 2022 the Nurse came to my cell saying she have some Medicine for Me. I asked her what the Pill (Bluish capsule) was for she said it's antiviral Pill and I said what was that for I am suppose to be on an antibotic for UTI, then she this what the Pill was for, so I took it. So later that I Started to feel weird and having weird side effects including Dry throat, swelling to throat, was having trouble breathing, everything tasted salty, dizzy, and hard to swallow. So I wrote a

Medical Request form #310650 (still have the copy) so later that night the nurse ~~[scratched out]~~ came to C range to pass out medicine, so when I went to the Med Cart, she was popping out pill from a container I noticed a lot of pills was already missing, and she gave me 2 more pill saying 1 was for antibotic and the other was antiviral, but they wasn't ~~[scratched out]~~ Prescribe to Me, when look at the name it wasn't mine, so I gave the pills back to her told her I didn't want no pills that aint Prescribe to Me, she it legal for IDOC to give me someone else medicine if they was over stock, I told her I don't want it. So August 12 2022 I went downstair for sick call, I was telling Nurse Sandra H about the side effects I was having, she saw on the computer that I was on some medicine but she didn't know what it was for so she had to look up the medicine name in a medicine book, that I saw why am I was I getting someone else medicine, she told me it was legal for to do that if they were over stock, just so they don't

PLUS Program Stationary

Jones vs Centurion Health of Indiana

Statement of Claim

B.

have to Reorder the same Medicine. So she was going to discontive the bluish capsule and start me on something else. So later that day during medicine Pass, I went to the cart, as soon the Pulled out Pills that already been gone I refuse the Medicine again, because they didn't even know what they giving me, and the medicine wasn't Prescribe to me. So I wrote Multiple Request form saying I don't want nobody else medicine that wasn't Prescribe to Me. They never response to any of my Request forms. So I wrote grievance, I didn't get any respond to that, So I wrote another one August 12 2022 and before I got any Response I was transfer to Putnamville Correction Facility. Also when I got RDC about a week or 2 from July 13, 2022 I asked for a rescue inhaler because I was op on a range and it air wasn't circulating and that hot air was causing me to wheeze. So the Nurse gave me an Inhaler, But the inhaler was in somebody else Name and the nurse scrate out Mike Williams DOC# and Put my Doc #. Also the inhaler was already been used. I still have the inhaler box. On every Medicine we get Centurion it say "Caution: Federal law Prohibits the transfer of this drug to any Person other than Patient for whom Prescribed"

C.   JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.
             OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I Want to be awarded $5 millions each for the suffering I been through. I want Defendants to pay for court fee, attorney fee if I get appointed. I want IDoc Contractor to stop being Careless to other inmates

E. **JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __4__ day of __April__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__289665__
Plaintiff's Prisoner ID Number

__1946 W US 40, Greencastle, IN 46135__
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.