UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MONTELL J JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00180-JRS-MKK |
| | ) | |
| CENTURION HEALTH OF INDIANA LLC, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**Final Judgment**

The Court now enters final judgment. This action is dismissed without prejudice.

Date: 5/22/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

MONTELL J JONES
289665
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only